```
                                        FILED
                              CLERK, U.S. DISTRICT COURT

                                     12/15/2023

                              CENTRAL DISTRICT OF CALIFORNIA
                              BY:      KD      DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. INTERNATIONAL CORP., et al., | Case No. 2:18-cv-06809-MWF-MRW |
| Plaintiffs, | The Honorable Michael W. Fitzgerald, United States District Judge |
| v. | **REDACTED** |
| PRESTIGE CONSUMER HEALTHCARE, INC., et al., | **VERDICT FORM** |
| Defendants. | |

WE, THE JURY in the above-entitled action, unanimously find as follows on the questions submitted to us:

### ROBINSON-PATMAN ACT CLAIM

1. Did any Plaintiff prove that the Defendants violated the Robinson-Patman Act? (Instruction No. 17).

| | | |
|---|---|---|
| AKR | ✓ Yes | ___ No |
| Border Cash & Carry | ✓ Yes | ___ No |
| Excel Wholesale | ✓ Yes | ___ No |
| L.A. International | ✓ Yes | ___ No |
| L.A. Top Distributor | ✓ Yes | ___ No |
| Manhattan Wholesalers | ✓ Yes | ___ No |
| PITCO | ✓ Yes | ___ No |
| U.S. Wholesale | ✓ Yes | ___ No |
| Value Distributor | ✓ Yes | ___ No |

*If your answer to Question No. 1 is "Yes" for any Plaintiff, please answer Question No. 2 as to that Plaintiff only.*

*If your answer to Question No. 1 is "No" for all Plaintiffs, please answer Question No. 7.*

2. Did the Defendants prove, as to any Plaintiff, that the differences in price for Clear Eyes given to Costco Business Center and Sam's Club were to meet the price of the Defendants' competitor? (Instruction No. 24).

| | | |
|---|---|---|
| AKR | ___ Yes | ✓ No |

- 1 -

| | | |
|---|---|---|
| Border Cash & Carry | ____ Yes | ✓ No |
| Excel Wholesale | ____ Yes | ✓ No |
| L.A. International | ____ Yes | ✓ No |
| L.A. Top Distributor | ____ Yes | ✓ No |
| Manhattan Wholesalers | ____ Yes | ✓ No |
| PITCO | ____ Yes | ✓ No |
| U.S. Wholesale | ____ Yes | ✓ No |
| Value Distributor | ____ Yes | ✓ No |

*If your answer to Question No. 2 is "Yes" for all Plaintiffs, please answer Question No. 7.*

*If your answer to Question No. 2 is "No" for any Plaintiff, please answer Question No. 3 as to that Plaintiff only.*

3. Did the Defendants prove, as to any Plaintiff, that the difference in price for Clear Eyes given to Costco Business Center and Sam's Club were justified by cost differences? (Instruction No. 25).

| | | |
|---|---|---|
| AKR | ____ Yes | ✓ No |
| Border Cash & Carry | ____ Yes | ✓ No |
| Excel Wholesale | ____ Yes | ✓ No |
| L.A. International | ____ Yes | ✓ No |
| L.A. Top Distributor | ____ Yes | ✓ No |
| Manhattan Wholesalers | ____ Yes | ✓ No |
| PITCO | ____ Yes | ✓ No |
| U.S. Wholesale | ____ Yes | ✓ No |
| Value Distributor | ____ Yes | ✓ No |

*If your answer to Question No. 3 is "Yes" for all Plaintiffs, please answer Question No. 7.*

*If your answer to Question No. 3 is "No" for any Plaintiff, please answer Question No. 4 as to that Plaintiff only.*

4. Did any Plaintiff prove that it was injured by the Defendants' violations of the Robinson-Patman Act? (Instruction No. 27).

| Plaintiff | Yes | No |
|---|---|---|
| AKR | ✓ Yes | ___ No |
| Border Cash & Carry | ✓ Yes | ___ No |
| Excel Wholesale | ✓ Yes | ___ No |
| L.A. International | ✓ Yes | ___ No |
| L.A. Top Distributor | ✓ Yes | ___ No |
| Manhattan Wholesalers | ✓ Yes | ___ No |
| PITCO | ✓ Yes | ___ No |
| U.S. Wholesale | ✓ Yes | ___ No |
| Value Distributor | ✓ Yes | ___ No |

*If your answer to Question No. 4 is "Yes" for any Plaintiff, please answer Question No. 5 as to that Plaintiff only.*

*If your answer to Question No. 4 is "No" for all Plaintiffs, please answer Question No. 7.*

5. Did the Defendants prove that a Plaintiff failed to use reasonable efforts to mitigate its damages under the Robinson-Patman Act? (Instruction No. 32).

| | | |
|---|---|---|
| AKR | ____ Yes | ✓ No |
| Border Cash & Carry | ____ Yes | ✓ No |
| Excel Wholesale | ____ Yes | ✓ No |
| L.A. International | ____ Yes | ✓ No |
| L.A. Top Distributor | ____ Yes | ✓ No |
| Manhattan Wholesalers | ____ Yes | ✓ No |
| PITCO | ____ Yes | ✓ No |
| U.S. Wholesale | ____ Yes | ✓ No |
| Value Distributor | ____ Yes | ✓ No |

*Regardless of your answer, please answer Question No. 6.*

6. What amount of damages did each Plaintiff prove for the Defendants' violation of the Robinson-Patman Act? (Instruction No. 28).

| | |
|---|---|
| AKR | $ 25,000 |
| Border Cash & Carry | $ 0 |
| Excel Wholesale | $ 25,000 |
| L.A. International | $ 95,000 |
| L.A. Top Distributor | $ 25,000 |
| Manhattan Wholesalers | $ 25,000 |
| Pitco | $ 30,000 |
| U.S. Wholesale | $ 25,000 |
| Value Distributor | $ 100,000 |

*Regardless of your answer, please answer Question No. 7.*

- 4 -

# CALIFORNIA UNFAIR PRACTICES ACT CLAIM

7. Did any Plaintiff prove that the Defendants violated the California Unfair Practices Act? (Instruction No. 33).

| | | |
|---|---|---|
| L.A. International | ✓ Yes | ___ No |
| L.A. Top Distributor | ✓ Yes | ___ No |
| PITCO | ✓ Yes | ___ No |
| U.S. Wholesale | ✓ Yes | ___ No |
| Value Distributor | ✓ Yes | ___ No |

*If your answer to Question No. 7 is "Yes" for any Plaintiff, please answer Question No. 8 as to that Plaintiff only.*

*If your answer to Question No. 7 is "No" for all Plaintiffs, please sign and return this form.*

8. Did the Defendants prove that the secret rebates were lawful because they applied to different classes of customers? (Instruction No. 34).

| | | |
|---|---|---|
| L.A. International | ___ Yes | ✓ No |
| L.A. Top Distributor | ___ Yes | ✓ No |
| PITCO | ___ Yes | ✓ No |
| U.S. Wholesale | ___ Yes | ✓ No |
| Value Distributor | ___ Yes | ✓ No |

*If your answer to Question No. 8 is "Yes" for all Plaintiffs, please sign and return this form.*

*If your answer to Question No. 8 is "No" for any Plaintiff, please answer Question*

- 5 -

*No. 9 as to that Plaintiff only.*

9. Did the Defendants prove that the secret rebates were lawful because they were justified by a good-faith attempt to meet competition? (Instruction Nos. 35–36).

| | Yes | No |
|---|---|---|
| L.A. International | ____ | ✓ No |
| L.A. Top Distributor | ____ | ✓ No |
| PITCO | ____ | ✓ No |
| U.S. Wholesale | ____ | ✓ No |
| Value Distributor | ____ | ✓ No |

*Regardless of your answer, please answer Question No. 10.*

10. What amount of damages did each Plaintiff prove for the Defendants' violations of the California Unfair Practices Act? (Instruction Nos. 37–38). (*You should answer this question without regard to any damages that you may have awarded in response to Question No. 6. If necessary, the Court will ensure that no double-counting takes place.*)

| | |
|---|---|
| L.A. International | $ 90,000 |
| L.A. Top Distributor | $ 30,000 |
| PITCO | $ 75,000 |
| U.S. Wholesale | $ 5,000 |
| Value Distributor | $ 130,000 |

Please sign and return this verdict form.

Dated: 12/15/2023       Signed: **NAME REDACTED BY THE COURT**
                                                Foreperson

- 7 -