1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10 L.A. INTERNATIONAL CORP.,       **Case No.: 2:18-cv-06809-MWF-MRW**
   MANHATTAN WHOLESALERS INC.,
11 EXCEL WHOLESALE DISTRIBUTORS    **DECLARATION OF JEFF**
   INC., VALUE DISTRIBUTOR, INC.,  **BURNETT IN SUPPORT OF**
12 BORDER CASH & CARRY, INC., AKR  **DEFENDANTS' OPPOSITION TO**
   CORPORATION, U.S. WHOLESALE     **PLAINTIFFS' MOTION FOR**
13 OUTLET & DISTRIBUTION, INC.;    **INJUNCTION**
   SANOOR, INC. (d/b/a L.A. TOP
14 DISTRIBUTOR); PITTSBURG
   WHOLESALE GROCERS, INC.; and
15 PACIFIC GROSERVICE, INC.

16          Plaintiffs,

17    v.

18 PRESTIGE BRANDS HOLDINGS, INC.
   and MEDTECH PRODUCTS INC.,
19
            Defendants.
20

21

22

23

24

25

26

27

28

1    I, Jeff Burnett, declare as follows:

2    1.    I am a resident of the State of Arizona, and I am currently employed by

3    Prestige Consumer Healthcare Inc. ("Prestige"), as the Vice President, Field Sales, for

4    Prestige.  I have been employed by Prestige since 2011, I have held the position of

5    Vice President, Field Sales, since the start of my employment with Prestige.  I make

6    this declaration of my own personal knowledge and, if called and sworn as a witness,

7    could and would testify competently to all the facts stated therein.

8    2.    As the Vice President, Field Sales, for Prestige, my job duties include

9    sales activities to wholesalers and distributors, including the pricing and sale of Clear

10   Eyes® Redness Relief Brand eye drops Pocket Pal 0.2 oz. ("Clear Eyes® Pocket

11   Pal").

12   3.    From January 2024 through June 4, 2024, only two of the Plaintiffs have

13   purchased Clear Eyes Pocket Pal from Prestige: Value Distributor, Inc. and PITCO.

14   Those sales took place in May 2024.

15   4.    On February 12, 2024, Prestige gave notice to its brokers of a

16   promotional offer for Clear Eyes® Pocket Pal to be provided to all customers in the

17   wholesaler channel. Under the terms of the promotional offer, any wholesaler who

18   purchases Clear Eyes® Pocket Pal directly from Prestige may qualify for a discount of

19   4% on each order of a pallet of Clear Eyes® Pocket Pal (70 cases). In order to qualify

20   for this discount, the wholesaler must submit proof that the wholesaler advertised

21   Clear Eyes® Pocket Pal to its customers, in at least two of the following forms:

22   1. Print Advertising (Wholesaler's Catalog, Flyers, Run of Press);

23   2. Digital Advertising (Wholesaler's Web Site); or

24   3. Email blast to Wholesaler's Customer base.

25   The proof of performance of at least two of the above-identified forms of advertising

26   must be submitted on a quarterly basis. Upon submission and approval by Prestige,

27   the wholesaler will receive a 4% bill-back.  No wholesale channel customers have

28   requested to participate in this promotion or provided proof in order to receive a 4%

bill back since the program was launched in April 2024.

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed this 17th day of June, 2024, at _10:00am_, Arizona.


                                        _____
                                                JEFF BURNETT