MARK POE (S.B. #223714)
 mpoe@gawpoe.com
RANDOLPH GAW (S.B. #223718)
 rgaw@gawpoe.com
VICTOR MENG (S.B. #254102)
 vmeng@gawpoe.com
GAW | POE LLP
4 Embarcadero, Suite 1400
San Francisco, CA 94111
Telephone: (415) 766-7451
Facsimile: (415) 737-0642

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. INTERNATIONAL CORP., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>PRESTIGE BRANDS HOLDINGS, INC., et al.,<br><br>Defendants. | Case No. 2:18-cv-06809-MWF-MRW<br><br>**DECLARATION OF MARK POE IN SUPPORT OF PLAINTIFFS' REPLY BRIEF RE: MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br>Date:         July 8, 2024<br>Time:         10:00 a.m.<br>Courtoom:  5A |

I, Mark Poe, declare as follows:

1. I am a partner in the law firm of Gaw | Poe LLP, counsel of record for Plaintiffs in the above-captioned case. I submit this declaration in support of the reply brief being filed in support of Plaintiffs' Motion for Attorneys' Fees and Costs. If called to testify at a hearing or trial, I could and would testify to the following, which is based on my personal knowledge.

2. Attached as **Exhibit H** hereto is a true and correct copy of the declaration I filed in *Silicon Genesis Corp. v. Ev Grp. E. Thallner GmbH*, No. 22-cv-04986-JSC (N.D. Cal. Apr. 15, 2024), in support of our client's request for fee-shifting sanctions based on the Defendant having improperly used protected discovery materials in that case to file a retaliatory lawsuit against our client in Austria.

3. Attached as **Exhibit I** hereto is a true and correct copy of certain excerpts from the declaration filed by Dewey & LeBoeuf in support of its fees motion in *Feesers, Inc. v. Michael Foods, Inc.*, No. 04-cv-576 (M.D. Pa.).

4. Attached as **Exhibit J** hereto is a true and correct copy of an email chain that was forwarded to me by Farid Tursonzadah, the proprietor of Excel Wholesale. That exchange depicts how Excel placed an order on or about February 2, 2024 (the order "cut date" at page 4), but how that order was "canceled in mass" the same day, purportedly because Prestige was out of stock on Clear Eyes.

5. Attached as **Exhibit K** hereto is a true and correct copy of an email chain that was forwarded to me by Farid Tursonzadah, the proprietor of Excel Wholesale. That exchange depicts how Excel placed an order on or about March 19, 2024 (the order "cut date" at page 3), but how that order was "canceled in mass" the same day, purportedly because Prestige was out of stock on Clear Eyes.

6. I am informed by our clients that despite the purported "out of stock" issues, Clear Eyes has been consistently available at Costco Business Centers, at least in Los Angeles and the Bay Area. David Luttway informs me that Pitco is in fact

forced to buy from its competitor because Prestige purports to be unable to fill its orders. And attached as **Exhibit L** hereto is a true and correct copy of an email exchange between myself and two of our clients in which Mr. Amini reports that because Prestige is declining to fill Value/LA International's orders "we are buying currently from a jobber who buys from Costco."

7. Attached as **Exhibit M** hereto is a true and correct export from our firm's time-keeping software showing the amounts of time we have recorded on this matter since the March 19, 2024 cut-off date of Mr. Knapton's analysis.

8. Attached as **Exhibit N** hereto is a true and correct of an excerpt of Judge Selna's fees order in *Trendsettah USA Inc. v. Swisher Int'l Inc.*, No. 14-CV-1664-JVS-DFMX which correctly displays the hours and fees chart by which Judge Selna awarded fees to Plaintiffs' counsel. The redactions that appear therein were made by the court.

I declare under penalty of perjury under the laws of the United States and the state of California that the foregoing is true and correct. Executed on June 21, 2024, at Honolulu, Hawaii.

s/ *Mark Poe*

Mark Poe